IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER:    13 |
| LIBBY HORTON SWINK ) | CASE NO.:   315-06623 |
| 410 STEWART FERRY PIKE ) | JUDGE:      LUNDIN |
| NASHVILLE TN 37214-3326 ) | |
| SSN: XXX-XX-3327 ) | |
| ) | |
| Debtor. ) | |

**AGREED ORDER TO MODIFY CHAPTER 13 PLAN TO PAY POST PETITION OBLIGATION OF INLAND BANK THROUGH THE PLAN**

BY AGREEMENT OF THE DEBTOR AND CHAPTER 13 TRUSTEE, evidenced by signatures entered below respectively, it is hereby agreed that:

1. The Debtor is authorized to finance through Inland Bank a 2013 Nissan Altima Sedan, VIN# 1N4AL3AP9DN578654 ("motor vehicle"). The amount to be financed is $12,462.53 at an interest rate of 22%, and an ongoing monthly payment of $344.26 as a Class 3 secured creditor over a term of 60 months beginning 2/7/2016 . Except as set forth herein, all other plan provisions of the Order confirming the Debtor's Chapter 13 plan on 12/18/2015 shall remain unaffected by this Agreed Order.

2. The Debtor's plan payments will increase to $230.00 semi-monthly and the base will increase to $27,400.00.

3. The Trustee shall allocate interest and principal on the payments to Inland Bank and the Trustee shall treat the claim as a fully secured claim paid pursuant to §1325(a)(5)(B) in that the last payment on the claim will occur prior to the last payment under the plan.

4. The Debtors waive discharge of this post-petition debt to Inland Bank. The monthly payments to Inland Bank shall be disbursed with all other secured claims.

5. The parties further agree that should the Debtors default either on their Plan payments or insurance, Inland Bank shall notify Debtors and Debtors' counsel of the default and, if the default is not cured within ten (10) days of such notice, Inland Bank may thereupon have relief from the automatic stay of 11 U.S.C. §362(a) by

the filing of a "'Notice of Default Constituting Order of Relief from Stay" without the necessity of the filing of a motion for a hearing in this Court.

6. No other creditors will be affected.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

/s/ *Mary Beth Ausbrooks*
Mary Beth Ausbrooks
Rothschild & Ausbrooks PLLC
Debtor's Attorney
1222 16th Ave. South, Suite 12
Nashville. TN 37212-2926
Phone: (615) 242-3996
Fax: (615) 242-2003
notice@rothscildbklaw.com

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2016.02.01 13:47:54 -06'00'

/s/
Henry E. Hildebrand, III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203-0019
(615)244-1101 (telephone)
(615)242-3241 (facsimile)
pleadings@ch13nsh.com