IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| LIBBY HORTON SWINK | ) | CHAPTER | 13 |
| SSN: XXX-XX-3327 | ) | CASE NO: | 15-06623 |
| 410 STEWART FERRY PIKE | ) | JUDGE | LUNDIN |
| NASHVILLE, TN 37214 | ) | | |
| | ) | | |
| Debtor | | | |

**The deadline for filing a timely response is 3/31/2016**
**If a response is timely filed the hearing date will be: 4/13/2016 at 8:30 a.m. Customs House, Courtroom 1, 701 Broadway, 2nd Floor, Nashville, TN 37203**

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES THE DEBTOR, through counsel, Rothschild & Ausbrooks, PLLC, and in response to the Trustee's Motion to Dismiss states that the Debtor's employer is now deducting the higher plan payment and the Debtor would request this motion be denied.

Respectfully submitted,

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

### CERTIFICATE OF SERVICE

I certify that on this 30th day of March, 2016, I mailed/e-mailed a copy of the foregoing to the Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203; to the Office of the U.S. Trustee, Customs House, Suite 318, 701 Broadway, Nashville, TN 37203-3966; and to the Debtor at the above referenced address.

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
TOTAL MAILINGS: 1