
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 4/15/2016



BW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  15-06623-KL3-13

LIBBY HORTON SWINK
410 STEWART FERRY PIKE  4/14/2016
NASHVILLE, TN  37214-3326

SSN XXX-XX-3327

## AGREED ORDER ALLOWING PLAN TO CONTINUE AND
## PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor to comply with the requirements of the plan and the court's order confirming that plan. It further appears to the Court that the Trustee and the debtor have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that it is the obligation of the debtor to make all future payments in accordance with the confirmed Chapter 13 plan and that should the debtor fail to make any payment as required, this case will be dismissed upon filing of notice by the Trustee, without further hearing; it is further

ORDERED that the payroll deduction for **LIBBY HORTON SWINK** be modified in this case, to an amount equal to **$253.00 SEMI-MONTHLY**, in order that the plan be completed within the sixty (60) months of confirmation.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

AGREED TO:

/s/ EDGAR M ROTHSCHILD
ROTHSCHILD AND AUSBROOKS PLLC
ATTY FOR THE DEBTOR
1222 16TH AVE SOUTH SUITE 12
NASHVILLE, TN  37212
PHONE NO. 615-242-3996
notice@rothschildbklaw.com
FAX NO. 615-242-2003

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.