# United States Bankruptcy Court
## Middle District of Tennessee

In re **Libby Horton Swink**
Debtor(s)

Case No. **3:15-bk-06623**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:     xxx-xx-3327

**My (Our) Former Mailing Address and Telephone Number was:**

Name:     **Libby Horton Swink**

Street:     **410 Stewart Ferry Pike**

City, State and Zip:     **Nashville, TN 37214-3442**

Telephone #:

**Please be advised that effective**     **September 20th** , 20 **16** ,
my (our) new mailing address and telephone number is:

Name:     **Libby Horton Swink**

Street:     **138 Anton Dr.**

City, State and Zip:     **Nashville, TN 37211-5602**

Telephone #:

/s/ Libby Horton Swink
**Libby Horton Swink**
Debtor